**MEMO ENDORSED**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

LA QUINTA WORLDWIDE, LLC,

    Plaintiff,

v.

TRIUMPH HOSPITALITY, LLC,

    Defendant.

Civ. Action No. 1:20-cv-4688-LAK

**PLAINTIFF'S NOTICE OF MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS**

PLEASE TAKE NOTICE that, on the accompanying Memorandum of Law, the Answer and Counterclaim and the pleadings and proceedings had herein, plaintiff, La Quinta Worldwide, LLC, hereby moves under Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the counterclaims of defendant, Triumph Hospitality, LLC, in their entirety, together with such other and further relief as the Court deems just and proper.

Dated: August 10, 2020

Respectfully submitted,
/s/ Jonathan Moskin
Jonathan E. Moskin
Patrick Rodriguez
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone: 212-682-7474
E-mail: jmoskin@foley.com

and

Laura Ganoza
FOLEY & LARDNER LLP
2 South Biscayne Blvd, Suite 1900
Miami, Florida 33131
Telephone: 305-482-8409
E-mail: lganoza@foley.com

*Attorneys for Plaintiff*
*La Quinta Worldwide LLC*

4827-2101-1143.1

<u>Memo Endorsement</u>     <u>La Quinta Worldwide v Triumph Hosp., LLC, 20-cv-4688 (LAK)</u>

        Plaintiff moves to dismiss the counterclaims in this trademark infringement case. If the counterclaims are legally sufficient and plaintiff's use is anything but "fair," it is only by the barest of margins. Defendant's likelihood of prevailing on them probably is minimal. In any case, however, it would be preferable to deal with them on fuller record. Accordingly, plaintiff's motion to dismiss the counterclaims [DI 13] is denied.

        SO ORDERED.

Dated:     September 11, 2020

        /s/     Lewis A. Kaplan
        _____
        Lewis A. Kaplan
        United States District Judge